**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEEZY PORTILLO-MARTINEZ, | No. 07-74404 |
| Petitioner, | Agency No. A098-212-156 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN and N.R. SMITH, Circuit Judges.

Beezy Portillo-Martinez, native and citizen of El Salvador, petitions for
review of a Board of Immigration Appeals' ("BIA") order dismissing her appeal
from an immigration judge's decision denying her application for asylum and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings. *INS v. Elias-Zacarias*, 502 U.S. 478, 481 & n.1 (1992). We deny the petition for review.

Substantial evidence supports the BIA's conclusion that Portillo-Martinez did not demonstrate past persecution or a well-founded fear of persecution because she has not shown the harm she suffered or fears was on account of a protected ground. *See id.* at 481-82. Further, substantial evidence also supports the BIA's finding that Portillo-Martinez could relocate safely within El Salvador. *See Ochave v. INS*, 254 F.3d 859, 867-68 (9th Cir. 2001).

Because Portillo-Martinez failed to meet the lower burden of proof for asylum, it follows that she has not met the higher standard for withholding of removal. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**

07-74404